UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:24-cv-00070-JVS(ADSx) | Date | March 13, 2024 |
| Title | Kingdom Group Investments, Inc. v. U.S. Bancorp et al | | |

Present: The Honorable **James V. Selna, US District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (In Chambers)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **March 27, 2024**, why sanctions should not be imposed and this action be dismissed for lack of prosecution for failure to participate in the Joint Rule 26 meeting report.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

**The Scheduling Conference set for March 18, 2024 at 10:30 a.m. is CONTINUED to April 01, 2024 at 10:30 a.m. for an in person hearing.**